# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130150(68)

GEORGE H. GOLDSTONE,
　　　　Plaintiff-Appellant,

v

BLOOMFIELD TOWNSHIP PUBLIC LIBRARY,
　　　　Defendant-Appellee.
_____

SC: 130150
COA: 262831
Oakland CC: 04-060611-CZ

　　　　On order of the Chief Justice, the motion by defendant-appellee for extension of the time for filing its brief on appeal is considered and it is GRANTED IN PART ONLY. The time for filing by defendant-appellee is extended to February 21, 2007.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2007

Corbin R. Davis
Clerk